AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 0 5 2024

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America )
v. )
Michael Rajkovic ) Case No. 19-cr-2616 (JCH)
_____ ) 18-cr-2977 (JCH)
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with ~~an offense in a criminal complaint filed in this court, or charged with~~ violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 2/5/2024

_____
Defendant's signature

Wayne Baker
_____
Signature of defendant's attorney

142373   Wayne Baker
_____
Printed name and bar number of defendant's attorney

_____
Address of defendant's attorney

federallitigator@gmail.com
_____
E-mail address of defendant's attorney

505-652-4222
_____
Telephone number of defendant's attorney

888-308-0987
_____
FAX number of defendant's attorney