FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                       19-cr-2616-JCH
                                                        18-cr-2977-JCH

MICHAEL RAJKOVIC,

    Defendant.

## **ORDER**

**THIS MATTER** is before the Court on defendant Michael Rajkovic's "Unopposed Motion for an Order Releasing Defendant Michael Rajkovic to the Third-Party Custody of Four Corners Detox Recovery Center" (hereinafter "FCDRC"), located in Gallup, NM, with continued oversight by United States Probation. (Doc. 51).  The Court being otherwise fully advised in the premises finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Michael Rajkovic must successfully complete inpatient treatment as set forth in his motion (Doc. 51) as a condition of his release.

IT IS FURTHER ORDERED that Michael Rajkovic shall be released from the custody of the Cibola County Correctional Center on Wednesday, March 27, 2024, on or before 9:00 a.m., and is to report to the third-party custody of FCDRC by 11:00 a.m. on March 27, 2024, with continued oversight by the United States Probation Department.

IT IS FURTHER ORDERED that at least three days prior to his discharge from FCDRC, Michael Rajkovic is to report to the Court for the Court's approval his plan to attend a second, at least 90-day, in-patient drug treatment program to be determined.

IT IS FURTHER ORDERED that the United States District Court Clerk's Office shall forward a copy of this Order to the United States Marshal's Service, who are to provide the Order to Cibola County Correctional Center.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge